Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Edward Joseph Aguirre |
| **Docket Number:** | 1:11CR00138 LJO |
| **Offender Address:** | Farmersville, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neil<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | March 22, 2010 |
| **Original Offense:** | **Count 1:** 18 USC 371, Conspiracy (CLASS D FELONY )<br>**Count 2 & 3:** 18 USC 2113(a), Bank Robbery (CLASS C FELONIES )<br>[Central District of California, Docket No. CR 08-998-SJO] |
| **Original Sentence:** | 27 months BOP; 3 years TSR; $300 SA; $5,169 restitution. |
| **Special Conditions:** | 1) Authorize credit report; 2) Authorize disclosure of Federal and State income tax; 3) Provide accurate financial statement; 4) No credit without prior approval from probation officer; 5) Shall disclose bank account information to the probation officer; 6) Shall not dissipate assets over $500 without approval of probation officer. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | January 21, 2011 |
| **Assistant U.S. Attorney:** | Mark E. Cullers    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Francince Zepeda    **Telephone:** (559) 487-5561 |

RE:     **EDWARD JOSEPH AGUIRRE**
        Docket Number:  1:11CR00138 LJO
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER

**Other Court Action:**

| | |
|---|---|
| <u>04/06/2011:</u> | Transfer of Jurisdiction accepted by Eastern District of California from Central District of California. |
| <u>10/19/2011:</u> | Probation Form 12B, Petition to Modify the Conditions of Supervision with Consent of the Offender, filed with the Court, to include monthly restitution payments based on the defendant's ability to pay; the completion of 25 hours of community service until employed or participating in a previously approved education or vocational program. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> **The defendant shall not enter into any business contract or agreement without proper licensing and shall have prior approval of the United State Probation Officer.**

**Justification:** On November 21, 2011, this officer received a call from the Visalia Police Department indicating they had received a call from a Chad Jackson who had entered into a business agreement with the offender. Accordingly, Mr. Jackson reported the offender had entered his barber shop and during their conversation the offender represented himself as a car salesman. The offender told Mr. Jackson he was able to locate any vehicle that anyone desired. Mr. Jackson then entered into a purchase agreement with the offender and gave him $2,000 to have the offender find him a 1979 Pontiac Trans Am. Mr. Jackson became concerned because he had attempted to call the offender on his cell phone on November 21, 2011, and the phone was disconnected. He immediately contacted the police department.

During the conversation with the offender, he indicated he had not represented himself as a car salesman but did tell Mr. Jackson he was able to locate any vehicle. The offender furnished a copy of the purchase agreement which was signed by Mr. Jackson. The offender indicated he was working in conjunction with another person from the Redding area in an attempt to find the vehicle. The

RE:     **EDWARD JOSEPH AGUIRRE**
        Docket Number:  1:11CR00138 LJO
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

offender indicated he gave the money to this third person who was at the auction in Sacramento attempting to locate a Trans Am.

Upon reviewing the purchase agreement, this officer noted the offender represented himself as an agent of Adealerpro and listed the address of this company with a Visalia address.  The offender explained that Adealerpro is owned by Chris Santos, from Redding.  This is the "third person" the offender gave the money to.  The offender indicated the Visalia address is his brother's address and he placed that address on the purchase agreement so that the business appeared local.  The offender explained that during this transaction he considered himself an agent of Adealerpro since he is partnering up with them to locate the car.  The offender said that he charged a $500 finders fee, $300 which will go to Adealerpro.

This officer spoke with Chad Jackson, who indicated that got nervous because he had given the offender $2,000 and was then unable to get a hold of him.  He stated he just wanted to see his money and then he'd decide wether or not to continue doing business with the offender.

Since commencement of supervision, the offender has remained unemployed. However he, has been actively seeking employment.

On November 22, 2011, the defendant voluntarily signed the Probation Form 49, agreeing to the above modification of his conditions.  He understands that he is not to enter into any business agreement or contract without first consulting the United States Probation Office.  He also understands he is not to represent himself as an agent of any company or provide a local address simply because it is local. He also understands if he continues to engage in similar or the same conduct without prior approval of the probation office it may result in formal court action.

Therefore, it is respectfully recommended the Court approve this modification plan, which permits the above-noted behavior to be addressed through contact with the probation office to ensure continued safety of the community.

RE:     **EDWARD JOSEPH AGUIRRE**
        **Docket Number:  1:11CR00138 LJO**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Should the Court have any questions, please feel free to contact this probation officer.

                                Respectfully submitted,

                                /s/ Yasmin Villegas

                            **YASMIN VILLEGAS**
                         **United States Probation Officer**
                            Telephone:  (559) 734-2933

**DATED:**      December 01, 2011
                Visalia, California

**REVIEWED BY:**     **/s/ Ben J. Blankenship**
                     **Ben J. Blankenship**
                     **Senior United States Probation Officer**

---

**THE COURT ORDERS:**

(X )    Modification approved as recommended.

cc:     United States Probation
        Mark A. Cullers, Assistant United States Attorney
        Francine Zepeda, Assistant Federal Defender
        Defendant
        Court File
IT IS SO ORDERED.

Dated:   **December 8, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG