FILED

FEB 0 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EDWARD JOSEPH AGUIRRE ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:11-CR-00138 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on February 1, 2012, to continued Supervised Release.

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, February 1, 2012 to a representative of Turning Point Residential Drug Treatment Program for immediate placement. A certified Judgment and Commitment order to follow.

DATED: February 1, 2012

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1